# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: KARL DAVID ROEMER | ) | No. 14-41322 |
| | ) | |
| , | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

## NOTICE OF MOTION

TO:   All creditors listed on the attached Service List (via U.S. Mail)

PLEASE TAKE NOTICE that on April 1, 2015., the undersigned caused to be filed with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, the following:

1. Debtor's Amended Schedule E and Schedule F

### Certificate of Service

I, Charles Magerski, hereby certify that I caused a copy of this notice and attached Amended Schedule E and Schedule F to be served, via U.S. mail to all creditors listed on the attached service list on April 1, 2015, before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   **/S/ CHARLES MAGERSKI**
SULAIMAN LAW GROUP, LTD
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX:    (630) 575-8188
ATTORNEY NO: 6297092

**The Hartford**
**PO Box 14303**
**Lexington, KY 40512**

**Michigan Department of Treasury**
**PO Box 30199**
**Lansing, MI 48909**

**Michigan Department of Treasury**
**360 Butterfield Road**
**Elmhurst, IL 60126**