UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    14-41322 |
| Karl David Roemer | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Scheduling Regarding Debtor's Motion for
Damages for Violation of the Automatic Stay**

Response is due on or before January 8, 2016.

Reply is due on or before January 29, 2016.

Status is set for February 5, 2016 at 10:00 a.m. in courtroom 240, 100 South 3rd Street, Geneva, Illinois 60134.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  December 04, 2015